

FILED
SEP 1 4 2020
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Tommy E. Goodson

_Your full name_

v.

P. A. Pyle
P. A. Myers
P. A. Leigh Bird
Warden Coakley

_Enter above the full name of defendant(s) in this action_

Bivens style complaint
~~STATE CIVIL RIGHTS COMPLAINT~~
**PURSUANT TO 42 U.S.C. § 1983**

Civil Action No.: 1:20cv227
_(To be assigned by the Clerk of Court)_

Kleeh / Aloi / Williams

## I.   JURISDICTION

BIVENS v. Six Unknown

This is a civil action brought pursuant to ~~42 U.S.C. § 1983~~. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

   A.   Your Name: Tommy E. Goodson
        Inmate No.: 18449-039
        Address: P.O. Box 6000, Glenville, WV 26351

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

   B.   Name of Defendant: P. A. Pyle

Attachment A

Position: Physicians Assistant
Place of Employment: U.S.P. Hazelton
Address: Hazelton, W. Va. -
Bruceton Mills, W Va 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Defendant was assigned to the Medical Dept. at U.S.P. Hazelton

B.1   Name of Defendant: P.A. Myers
Position: Physicians Assistant
Place of Employment: U.S.P. Hazelton
Address: Hazelton, W Va
Bruceton Mills, W Va 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Defendant was assigned to the Medical Dept at U.S.P. Hazelton

B.2   Name of Defendant: P.A. Leighbird
Position: Physicians Assistant
Place of Employment: U.S.P. Hazelton
Address: Bruceton Mills, W Va 26525

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: P.A. Bird was a supervisor in the Medical Dept at U.S. Penitentiary - Hazelton

B.3   Name of Defendant: Warden Coakley
Position: Warden
Place of Employment: Hazelton Complex
Address: Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Defendant was the Warden over U.S. Penitentiary at Hazelton

B.4   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

Attachment A

_____
_____

B.5 Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: _FCI - Gilmer_____

A. Is this where the events concerning your complaint took place?
☐ Yes   ☒ No

If you answered "NO," where did the events occur?
_U.S. Penitentiary - Hazleton_

B. Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

D. If your answer is "NO," explain why not _____

Attachment A

_____

_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _Warden - Denied_
LEVEL 2 _Regional Director - Denied_
LEVEL 3 _Central Office - Denied_

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

   1. Parties to this previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

   2. Court:_____
      *(If federal court, name the district; if state court, name the county)*

   3. Case Number:_____

   4. Basic Claim Made/Issues Raised: _____

      _____

   5. Name of Judge(s) to whom case was assigned: _____

Attachment A

    6.   Disposition: _____
                   *(For example, was the case dismissed? Appealed? Pending?)*

    7.    Approximate date of filing lawsuit:_____

    8.    Approximate date of disposition. **ATTACH COPIES**

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?    ☐ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____

E.    Did you exhaust available administrative remedies?    ☐ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

Attachment A

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Deliberate Indifference to a serious medical condition, all in violation of the Eighth Amendment

Supporting Facts: Defendants refused to provide any treatment or medication for the serious pain which the plaintiff was suffering from a kidney stone and infection. The defendants refused to investigate the extreme

— CONTINUED —

pain that the kidney stone was causing. I suffered for nine (9) days without being given any pain medication, or medical tests being conducted to determine the source or cause of my pain.

After the passage of nine days, and unable to urinate, the plaintiff had no choice but to make a suicide attempt in order to receive medical attention at a hospital. The plaintiff took an overdose of various pills, which led to his being taken to a local hospital where attention was given to his kidney stone. It was removed by a surgeon.

These events occurred during the period of May 3, 2017, through May 12, 2017, at the U.S. Penitentiary Hazelton, West Virginia.

Attachment A

CLAIM 2: _Defendants retaliated against the Plaintiff for developing a kidney stone._

Supporting Facts: _Defendants permitted a Corrections officer to insert a needle into the plaintiff's neck in an effort to start an IV, following his pill overdose on 05-10-17. The officer was not trained to do so._

CLAIM 3: _Plaintiff was punished for developing a kidney stone, contrary to 8th Amendment_

Supporting Facts: _Upon his discharge from hospital on 05-13-17, the plaintiff was placed in the SHU for 2 weeks in retaliation for having a kidney stone, and surgery._

CLAIM 4: _____

Supporting Facts: _____

CLAIM 5: _____

Supporting Facts: _____

VI. <u>INJURY</u>

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

*The plaintiff was caused to suffer great pain, anxiety, and mental depression, and continues to suffer from the experience.*

VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

*One Hundred Thousand Dollars in compensatory damages on Count One; One Hundred Thousand Dollars on Count Two; Two Hundred and Eighty Thousand Dollars on Count Three; Punitive Damages of Five Hundred Thousand Dollars*

DECLARATION UNDER PENALTY OF PERJURY

· The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  *FCI-Gilmer*  on  *September 9, 2020*
        (Location)                   (Date)

*Tommy E. Dodson*
Your Signature